

FILED
NOV 21 2008
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   NC-08-1210 |
| SHIRLEY VENOYA REMMERT, | Bk. No.   07-31336 |
| Debtor. | Adv. No.  07-03121 |
| SHIRLEY VENOYA REMMERT, | |
| Appellant, | CV 08 80253MISC |
| v. | ORDER TRANSFERRING IFP MOTION TO DISTRICT COURT |
| DELFIN M. VENOYA, et al, | |
| Appellees. | |

Before: JURY, DUNN AND MARKELL, Bankruptcy Judges.

    Appellant has filed a notice of appeal and motion for leave to proceed in forma pauperis ("IFP Motion") with respect to the above-referenced appeal.

    Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

    Therefore, Appellant's IFP Motion is hereby TRANSFERRED to

the United States District Court for the Northern District of California for the limited purpose of ruling on the IFP Motion.

It is Appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Thursday, December 12, 2008**, Appellant must file with the BAP and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps Appellant has taken to have the IFP Motion considered by the district court.

For the convenience of the district court, copies of the notice of appeal, the IFP Motion, and the orders on appeal are attached to this order.

**Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.**  9th Cir. BAP R. 8070-1.

019

**FILED**
AUG 1 5 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
P. O. Box 2577
Menlo Park, CA 94025
Tel: 650-921-8820

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CV-08    80 253 MISC

VRW

| | |
|---|---|
| In Re Shirley Venoya Remmert,<br>Debtor | BAP CASE NO. NC 08-1084<br>BANKR CASE NO. 07-31336-TEC13<br>**ADVERSARIAL CASE NO. 07-3121**<br>CHAPTER 13 /*EXHIBIT OF ORDERS* |
| Shirley V. Remmert,<br>Appellant, | HON. THOMAS E. CARLSON<br>CONTACT TEL. NO.: 415-268-2323 |
| | *AMENDED*<br>NOTICE OF APPEAL AND |
| v. | **EMERGENCY MOTION FOR TRO/ INJUNCTION/ CRIMINAL INVESTIGATION/ WITNESS PROTECTION** |
| Delfin M. Venoya et al.,<br>Appellees | |
| _____/ | |

APPEAL/ EMERGENCY MOTION/ TRO, ETC./ NC08-1084                    1

017

I, Shirley V. Remmert, the plaintiff, appeal under 28 U.S.C. sec. 158(a) or (b) from the order of the bankruptcy judge, Hon. Dennia Montali, entered in this adversary proceeding on the 6th day of August, 2008. *4 oRDERS ATTACHED SVR*

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are indicated on the attached certificate of service.

DATE: *August 17, 2008*

*Shirley V Remmert   August 15, 2008*
_____
*Shirley V Remmert*
Appellant Pro Se