SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
P. O. Box 2577
Menlo Park, CA 94026
Tel: 650-921-8820


FILED
AUG - 6 2008

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO     CV-08   80253MISC

| In Re Shirley Venoya Remmert, Debtor | **EX PARTE/ EMERGENCY** ~~D~~*Denying* ORDER ~~GRANTING~~ HEARING DATE FOR A TRO AGAINST EXECUTION OF WRIT OF POSSESSION | **VRW** |
|---|---|---|

*BANKRUPTCY CASE NO. 07-31336*
*ADVERSARY PROC. NO. 07-3121*

Shirley V. Remmert,
   Plaintiff,

v.

Washington Mutual Bank et al.,
   Defendants
_____/

Having considered the request of Plaintiff Shirley V. Remmert for a hearing on the matter of a temporary restraining order, and the opposition by defendants, the court *denies* ~~GRANTS~~ her request. *This Adversary Proceeding has been dismissed.*

~~The hearing for a TRO will take place on~~ _____ in the ~~above court at 235 Pine Street, 19th floor, San Francisco, CA, Department _____ at~~ ~~_____ a.m./p.m.~~

SIGNED on _August 6, 2008_

_____
U. S. BANKRUPTCY COURT JUDGE

ORDER GRANTING HEARING DATE / TRO/ 07-31336-TEC13/ 07-3121         1 of 1