

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
P. O. Box 2577
Menlo Park, CA 94026
Tel: 650-921-8820

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO   **CV 08 80 253MISC**

**VRW**

| | |
|---|---|
| Shirley V. Remmert, Plaintiff, | [PROPOSED] ORDER ~~GRANTING~~ Denying PLAINTIFF'S TRO AND OSC FOR PRELIMINARY INJUNCTION |
| v. | B/K CASE NO.: 07-31336-TEC-13 |
| Washington Mutual Bank et al., Defendants | ADVERSARIAL CASE NO. 07-3121 |

Having considered Plaintiff Shirley V. Remmert's motion for a temporary restraining order ~~and the opposition~~ Denies, the court ~~grants~~ a temporary restraining order of the execution of the writ of possession by the Sheriff's Office of San Mateo County ~~for~~ ~~days.~~ This adversary proceeding has been dismissed ~~Defendants in the adversarial cases 07-3121 are ordered to show cause as to why a preliminary injunction should not take place.~~

SIGNED on _____

_____
JUDGE OF THE U. S. BANKRUPTCY COURT

PL'S MOTION FOR TRO/ 07-31336TEC13; 07-3121                    1 of 1