

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

CV 08 80253 MISC

Denying

VRW

| | |
|---|---|
| In Re Shirley Venoya Remmert,<br>    Debtor | [~~PROPOSED~~] ORDER ~~GRANTING~~<br>PLAINTIFF'S MOTION FOR<br>PRELIMINARY INJUNCTION |
| Shirley V. Remmert,<br>    Plaintiff, | B/K CASE NO. 07-31336TEC13<br>ADVERSARIAL CASE NO. 07-3121 |
| v. | ~~HON. THOMAS E. CARLSON~~ |
| Washington Mutual Bank et al.,<br>    Defendants | DATE: _____<br>TIME: _____<br>PLACE: 235 PINE ST. – 19TH FLOOR<br>           ROOM: ___ |

Having considered the motion of Plaintiff Shirley V. Remmert for a preliminary injunction against the execution of the writ of possession of 990 Berkeley Avenue, Menlo Park, California, ~~the court FINDS that there are no law enforcement reports, paramedic reports, or~~ other objective data determining the capacity of Julia ~~C.~~ Venoya and ORDERS the U. S. Attorney to coordinate efforts between the Justice Department and the F. B. I. to investigate the issue of her false imprisonment for the purpose of depriving her of her properties or for other reasons.

DENIES

The court ~~also grants~~ the issuance of a preliminary injunction ~~against the said~~

---

ORDER GRANTING PRELIMINARY INJUNCTION/ 07-31336-TEC13/ 07-3121       1 of 2

execution pending the court's receiving an investigative report due in 30 days from the date of this order.

The plaintiff shall return to the house forthwith as she requests pending further court orders.

SIGNED on _____

_____
U. S. BANKRUPTCY COURT JUDGE

ORDER GRANTING PRELIMINARY INJUNCTION / 07-31336TEC13/ 07-3121        2 of 2