SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820



## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

**CV 08 80253 MISC VRW**

| | |
|---|---|
| In Re Shirley Venoya Remmert,<br>Debtor | [PROPOSED] ORDER ~~GRANTING~~ *Denying*<br>PLAINTIFF'S MOTION FOR<br>FEDERAL INVESTIGATION FOR<br>CRIMINAL ACTIVITY |
| Shirley V. Remmert,<br>Plaintiff, | B/K CASE NO. 07-31336TEC13<br>ADVERSARIAL CASE NO. 07-3121 |
| v. | HON. THOMAS E. CARLSON |
| | DATE: _____ |
| Washington Mutual Bank et al.,<br>Defendants | TIME: _____ |
| | PLACE: 235 PINE ST. – 19TH FLOOR<br>ROOM: ___ |

Having considered the motion of Plaintiff Shirley V. Remmert for a federal investigation of alleged criminal activity surrounding the conservatorship of Julia V. Venoya and Eva D. Al-Zaghari, and the opposition, the court ~~GRANTS~~ *Denies* the plaintiff's motion ~~and orders the following investigative agency(ies):~~

[handwritten: An adversary proceeding has been dismissed. Further, the court lacks authority to order the U.S. Attorney, the FBI, or any other agency to conduct an investigation]

~~to confer with Ms. Remmert, to review her evidence, and to make all necessary~~

---

ORDER GRANTING COURT ORDER FOR CRIMINAL INVESTIGATION/ 07-31336TEC13/ 07-3121       1 of 2

recommendations regarding her pleading for a TRO and preliminary injunction against the execution of the writ of possession of 990 Berkeley Avenue, Menlo Park.

SIGNED on _____

_____
Judge of the U. S. Bankruptcy Court